### GREER, administrator, *vs.* BURNAM.

As a general rule, an appellate court cannot go beyond the jurisdiction of the primary court as respects rights.   It follows its own modes of trial and procedure to ascertain those rights, but does not determine and adjudicate other rights wholly outside the power of the lower court.

(*a.*) Therefore, where suit was brought in a county court on a note for purchase money of land, and an appeal was taken to the superior court, a decree could not be rendered requiring titles to the land to be made.

(*b.*) In the case in 52 *Ga.*, 15, this point was not directly made.   The court of ordinary stands on a different basis, and has some equitable powers in making settlements.   52 *Ga.*, 15; 54 *Ib.*, 180; Code, §§1839, 1844, 1845, 2599, 2600.

December 19, 1882.

JACKSON, Chief Justice.

[Suit was brought in a county court on a note for $152.00, given for the purchase money of land.   The case

was carried by appeal to the superior court. The jury found for the defendant, and decreed that title be made to him. A motion was made for a new trial, which was refused, and plaintiff excepted.].